IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

FIDELIA IKEJIOFOR,
    Plaintiff

v.      CIVIL NO. AMD 02-3732

GENESIS HEALTH VENTURES, INC.,
    Defendant

...oOo...

ORDER

In this wrongful discharge action removed from state court, I ordered mediation before a Magistrate Judge, and ADR proceedings were seasonably scheduled by Judge Bredar. Plaintiff's counsel has failed to respond to Judge Bredar's correspondence and he and plaintiff failed to appear for the mediation session ordered by Magistrate Judge Bredar. It seems manifest, in the circumstances, that the case has been abandoned. Accordingly, it shall be dismissed without prejudice for lack of prosecution.

It is hereby ORDERED this 13th day of February, 2003,

(1) That THIS CASE IS DISMISSED WITHOUT PREJUDICE FOR LACK OF PROSECUTION; and it is further ORDERED

(2) That the Clerk shall CLOSE THIS CASE and TRANSMIT a copy of this order to all counsel.

_____
ANDRE M. DAVIS
United States District Judge